634 A.2d 214

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Barrie L. HURTUBISE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1993.

Decided Dec. 16, 1993.

Joseph P. Green, Jr., West Chester, for B. Hurtubise.

Stuart Suss, West Chester, for Commonwealth.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.